# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| James Deitrich, Jr.,<br><br>        Plaintiff,<br><br>v.<br><br>Transworld Systems, Inc.,<br><br>        Defendant. | Case No. 3:09-cv-00176-SLC<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

   Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i).  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.


                              RESPECTFULLY SUBMITTED,

                              Legal Helpers, P.C.

                              By: s/Timothy J. Sostrin
                                   Timothy J. Sostrin
                                   233 S. Wacker, Suite 5150
                                   Chicago, IL 60606
                                   Telephone:  312-753-7576
                                   Fax: 312-822-1064
                                   Email:  tjs@legalhelpers.com

1

2

## CERTIFICATE OF SERVICE

      I hereby certify that on May 13, 2009 a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail.

Transworld Systems, Inc.
c/o Allison Cannizaro
Sessions Fishman Nathan & Israel, LLP
3850 N. Causeway Blvd., Suite 200
Metairie, LA  70002-7227

                                                                             s/ Timothy J. Sostrin